# EXHIBIT H

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5   SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
 6                                  )
                    Plaintiff,      )
 7                                  )
     vs.                            ) Case No. 1:17-cv-09485
 8                                  )
     PREMIER HOLDING CORPORATION,   )
 9   RANDALL LETCAVAGE, and JOSEPH  )
     GREENBLATT,                    )
10                                  )
                    Defendants.     )
11   _____)
12
13
14
15              VIDEOTAPED DEPOSITION OF:
16                 CONNIE LEE ABSHER
17              Thursday, October 18, 2018
18
19
20
21
22
23
     Reported by:
24   Stephanie Leslie
     CSR No. 12893
25   JOB No. 181018RCR
```

1

```
03:30:11    1   offices in Laguna Hills on Merit Circle.
            2        Q    Did Mr. --
            3        A    No.  I'm sorry.  Wait a minute.  That
            4   wasn't Merit Circle.  I believe that was the
03:30:21    5   management company for the Valencia address.
            6        Q    Did Mr. Letcavage have any relationship
            7   with that company?
            8        A    Not that I'm aware of.
            9        Q    Okay.  If you go to the page ending in
03:30:32   10   Bates number 1275, it's a check for $2,393.31 made
           11   out to Mr. Letcavage, to Randall Letcavage, to
           12   which you're the signatory.
           13             Do you know what that check was for?
           14        A    I don't recall.
03:30:48   15        Q    But there's nothing in the memo line;
           16   right?
           17        A    Correct.
           18        Q    Just in general, if you didn't put
           19   something in the memo line, how would you be able
03:31:01   20   to keep track of what the purpose of these checks
           21   were for?
           22        A    Well, I was thinking about that.  Part of
           23   the reason that it wasn't on the memo line is
           24   because it would have been in QuickBooks.  There
03:31:11   25   would have been a better explanation in there, so I
```

74

| | | |
|---|---|---|
| 03:32:25 | 1 | A   Well, the detail's kind of vague, but I |
| | 2 | guess it would be. |
| | 3 | Q   Was there something missing on this hard |
| | 4 | copy that was on your QuickBooks on your computer? |
| 03:32:32 | 5 | A   Well, I don't know.  It's been a while |
| | 6 | since I've, you know, looked at QuickBooks, but I |
| | 7 | would have thought that there would have been more |
| | 8 | explanation. |
| | 9 | Q   What you're -- what you're referring to -- |
| 03:32:40 | 10 | well, strike that. |
| | 11 | What specifically are you referring to?  Show |
| | 12 | me some examples of what you are saying is not -- |
| | 13 | A   Well, I guess I would have expected there |
| | 14 | to be -- I can't remember.  You know, I've |
| 03:32:51 | 15 | worked -- I haven't worked in QuickBooks in a |
| | 16 | while. |
| | 17 | Now, in the accounting software, you can |
| | 18 | attach documents.  I can't remember if you could attach |
| | 19 | documents at this point.  So I know that I had -- any |
| 03:33:05 | 20 | of this stuff, I would have -- if I would have written |
| | 21 | a check, I would have made -- like, the bottom of the |
| | 22 | check -- I would have kept and attached it to some kind |
| | 23 | of hard copy that supported that check. |
| | 24 | What I don't remember is whether in QuickBooks |
| 03:33:16 | 25 | I put detail in there or if it was all backed up on |

76

```
03:33:19   1    hard copy.
           2       Q    What type of hard document -- let's --
           3    strike that.
           4            When you could attach documents -- and we
03:33:26   5    haven't discussed what time period that is, but --
           6       A    Right.
           7       Q    -- when you could attach hard-copy
           8    documents, what types of documents are you
           9    referring to?
03:33:34  10       A    Well, bills, you know, of course.  The --
          11    this Excel sheet that we had for payroll.  I would
          12    have attached that, or I would have at least had a
          13    file folder full of it.
          14       Q    So, Ms. Absher, we just reviewed a whole
03:33:49  15    series of documents -- I'm sorry, a whole series of
          16    checks where a lot of them, as we discussed, didn't
          17    have anything on the memo line, say a check to
          18    Mr. Letcavage or to iCapital, where there was
          19    nothing on the memo line.
03:34:00  20            If there was no description in QuickBooks as
          21    to what that payment was for and there's no description
          22    on the check, would there have been another document
          23    that could have been attached?
          24       A    I believe that there's a file that has
03:34:15  25    some attachment, some hard-copy attachment for the
```

77

```
03:34:18   1    purpose of the check.
           2        Q    Okay.
           3        A    I kept files for pretty much everything.
           4        Q    Are you aware as to whether or not those
03:34:27   5    materials that support those payments were turned
           6    over to the SEC --
           7        A    I'm not.
           8        Q    -- during the investigation?
           9        A    Unless you guys asked for it, probably
03:34:36  10    not.  But if you had asked for it, then I would
          11    assume you would have it.
          12        Q    Were you involved in turning over the
          13    materials to the SEC?
          14        A    I remember being asked to pull documents.
03:34:49  15    I don't remember what those documents were.
          16        Q    Okay.  I will just state for the record
          17    that there were specific requests for that -- all
          18    information related to payments --
          19        A    Okay.
03:34:59  20        Q    -- to Mr. Letcavage, for example.
          21        A    Okay.
          22        Q    When you say that you were asked to turn
          23    over documents to the SEC -- or to look for
          24    documents for the SEC, who asked you to do that?
03:35:23  25        A    I don't recall.  Possibly -- I don't
```

78

```
04:09:58   1        Q    Do you recall the types of contracts that
           2   you were reviewing?
           3        A    I don't.
           4        Q    In other words, were they residential
04:10:02   5   contracts?  Commercial contracts?
           6        A    I believe both.
           7        Q    Okay.
           8        A    I believe both.
           9        Q    And do you -- do you recall how you got
04:10:08  10   copies of the contracts?
          11        A    I don't.  I think they might have been
          12   e-mailed to me, I think.
          13        Q    Was there a Dropbox?
          14        A    We did have a Dropbox, so it's -- yeah,
04:10:20  15   it's possible it was in a Dropbox.
          16        Q    And what made the counting of the
          17   contracts so complicated?
          18        A    Just because it was in different form -- I
          19   mean -- no, that's not accurate.  It was in the
04:10:29  20   same form, but it was lots of Sheetz of paper, and
          21   it wasn't in a good order, and it was, like, one
          22   here and one there and trying to make sense of it.
          23        Q    So was it sort of difficult to figure out
          24   if this page went with Contract A or maybe contract
04:10:44  25   B or what the heck this page was?  It was like a --
```

103

```
04:13:21   1        A    I don't know that every -- anyone ever
           2   asked me -- or told me that my number matched.
           3        Q    Do you know if your number of contracts
           4   that you came up with was in the hundreds or
04:13:31   5   thousands, or do you have any approximation of what
           6   that number was?
           7        A    I think it was in the thousands, but,
           8   again, it was a long time ago.
           9        Q    How long did this project take?
04:13:42  10        A    Well, if I remember right, I started it,
          11   and then it's like, this isn't making sense, and I
          12   started over.  So I don't know.  Maybe a couple
          13   days, you know, something like that.
          14        Q    Did you report the number of contracts
04:13:57  15   orally to somebody, or did you put it in writing?
          16        A    I -- let me think about that.  I had an --
          17   I'm pretty sure I had it in an Excel sheet, so I
          18   think there was a document created.
          19        Q    And --
04:14:13  20        A    But I'm not confident on that one.
          21        Q    Is that how you were keeping track, on an
          22   Excel spreadsheet?
          23        A    Yeah.  That's what I'm thinking.  They had
          24   it on paper, a lot of different paper forms, and I
04:14:23  25   think I created -- I just don't remember if I got
```

107

| | | |
|---|---|---|
| 04:15:38 | 1 | with the actual collecting of the documents. |
| | 2 | Q    Okay.  Did you discuss -- have you |
| | 3 | discussed the SEC litigation with anyone? |
| | 4 | A    No.  To be perfectly honest, I didn't know |
| 04:15:51 | 5 | there was a litigation.  I just knew there was a |
| | 6 | deposition for me to attend. |
| | 7 | Q    Once you -- once you learned that you were |
| | 8 | going to attend a deposition here at the SEC, did |
| | 9 | anybody suggest to you what your testimony should |
| 04:16:01 | 10 | be or could be? |
| | 11 | A    No.  No. |
| | 12 | Q    Are you aware -- are you aware of any |
| | 13 | discussion by other people concerning this matter? |
| | 14 | A    As far as I know, my husband and my kids |
| 04:16:10 | 15 | are the only ones I know -- well, and the people I |
| | 16 | work with know that I'm doing this. |
| | 17 | Q    When was the last time you spoke with |
| | 18 | Mr. Letcavage? |
| | 19 | A    Probably about a week before I left.  I |
| 04:16:20 | 20 | haven't spoken since -- to him since we left. |
| | 21 | MR. SHEETZ:  And what year was that? |
| | 22 | THE WITNESS:  2015. |
| | 23 | BY MR. ELLENBOGEN: |
| | 24 | Q    Have you spoken with anyone from Anton & |
| 04:16:33 | 25 | Chia in the last year or so? |

109