# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  8:18-cv-00813-CJC-KESx                              Date:  January 3, 2019

Title: Securities and Exchange Commission v. Premier Holding Corporation, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | CS 1/3/19 |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| Howard Fischer | Anthony DeMint |

**PROCEEDINGS:**        **Telephonic Discovery Conference (Dkt. 71)**

Case is called.  Counsel state their appearances on the record.  Court and counsel confer.  The Court states its ruling on the record.  Plaintiff's counsel shall prepare and lodge with the Court a proposed order.

                                                                                                  00 :  34

                                                                                   Initials of Deputy Clerk  JD