1   Anthony N. DeMint (Admitted Pro Hac Vice)
    Email: anthony@demintlaw.com
2   DeMint Law, PLLC
    3753 Howard Hughes Parkway
3   Second Floor Suite 314
    Las Vegas, Nevada  89169
4   Telephone: (702) 714-0889

5
    Darryl C. Sheetz (SBN 98604)
6   Email: dcsheetz@aol.com
    Law Offices of Darryl C. Sheetz
7   335 Centennial Way, Suite 100
    Tustin, California  92780
8   Telephone: (949) 553-0300

9
    Attorneys for Defendants
10  Premier Holding Corporation and Randall Letcavage

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14

15  SECURITIES AND EXCHANGE
    COMMISSION,                              Case No. 8:18-CV-00813-CJC-KES
16
                        Plaintiff,           **DECLARATION OF ANTHONY N.**
17                                           **DEMINT, ESQ. IN SUPPORT OF**
    vs.                                      **MOTION TO WITHDRAW**
18
    PREMIER HOLDING CORPORATION, et          Date:  February 25, 2019
19  al.,                                     Time:  1:30 p.m.
                                             Ctrm:  7C (Hon. Cormac J. Carney)
20
                        Defendants.
21

22

23

24

25

26

27

28

                                1
                                             *Case No*. 8:18-CV-00813-CJC-KES
    ───────────────────────────────────────────────────────────
    *DECLARATION OF ANTHONY N. DEMINT, ESQ. IN SUPPORT OF MOTION TO WITHDRAW*

1   I, Anthony N. DeMint, declare as follows:

2      1.      I am the Managing Member of DeMint Law, PLLC ("DeMint"), which represents

3   the Defendants in this action, Premier Holding Corporation ("Premier") and Randall Letcavage

4   ("Letcavage")(Premier and Letcavage together the "Defendants").

5      2.      I make this Declaration in support of DeMint's motion to withdraw as counsel for

6

7   Defendants based on my own personal knowledge or, where specified, on information and belief

8   based on documents and statements that I believe to be true and accurate.

9   History of DeMint's Representation of Defendants

10      3.      On or about January 29, 2018, Defendants retained DeMint to represent them in

11   this Action.

12      4.      In retaining DeMint, Defendants agreed to cooperate with DeMint in the

13

14   preparation and conduct of the representation and to pay DeMint's invoices in a timely way.

15   Failure to cooperate and failure to pay promptly were agreed-upon reasons for DeMint to

16   withdraw from the representation.

17      5.      Within months of appearing in the instant litigation, it became apparent to DeMint

18   that it could not effectively and professionally represent Defendants unless the attorney-client

19   relationship was greatly improved.

20      6.      Accordingly, about five and a half months after being retained, DeMint gave notice

21

22   to Defendants of its intention to withdraw as counsel if the attorney-client relationship could not

23   be significantly improved. In taking this position, DeMint was guided by: (i) Local Rule 182(d)

24   (Fed. R. Civ. P. 83), "Attorneys," which provides that lawyers practicing before this Court must

25   adhere to the Rules of Professional Conduct of the State Bar of California (hereinafter "California

26   Rules"); and (ii) DeMint's awareness that California Rules 3-700(C)(1)(d) and (f) permit a lawyer

27   to withdraw from a matter when the client's conduct renders it "unreasonably difficult for the

28

1

1  [lawyer] to carry out the employment effectively" and when the client breaches an agreement with

2  the lawyer as to legal fees and expenses.

3          7.      In a writing dated June 18, 2018, and on a telephone conference held on or about

4  June 21, 2018, DeMint advised Defendants of two conditions that Defendants would need to meet

5  if DeMint were to be able to carry out its ethical obligations to Defendants and to the Court. (i)

6  Defendants would need to become more responsive to and compliant with DeMint's requests and

7  advice; and (ii) Defendants would need to pay invoices as they came due, and set forth a payment

8

9  schedule for outstanding invoices.

10         8.      Unfortunately, over the ensuing months, Defendants' responsiveness and

11  compliance did not improve.

12         9.      In the instant lawsuit, poor attorney-client communication and lack of compliance

13  have impaired DeMint's ability to function properly and have caused DeMint unreasonable

14  difficulty. I will not set forth here the specifics of Defendants' lack of responsiveness and

15  compliance in light of California Rules 3-100, which governs an attorney's obligation to avoid

16

17  disclosure of confidential information. At the Court's request, I will amplify and explain my

18  statements and respond to any questions the Court may have regarding the situation, *in camera.*

19         10.     Further, although several small payments were made after the June 18, 2018 notice,

20  a very considerable amount of money is owed to DeMint by Defendants. Defendants have not

21  indicated that they intend to pay this amount. Nor, despite our urging, have Defendants supplied a

22

23  requested schedule for payment.

24         11.     In several email correspondences (from November 2018 through January of 2019)

25  regarding open discovery items and other issues related to this Action, I conveyed the intent to

26  withdraw if Defendants could not be responsive and billings were not paid.

27

28

*Case No.* 8:18-CV-00813-CJC-KES

*DECLARATION OF ANTHONY N. DEMINT, ESQ. IN SUPPORT OF MOTION TO WITHDRAW*

12.     In November of 2018, Defendants instructed me to communicate with a new attorney, Robert Ouriel, Esq., regarding this Action; however, to date Mr. Ouriel has not appeared in this matter.

13.     Mr. Ouriel has been the only point of contact for Defendants since November of 2018.

14.     Despite multiple representations from Mr. Ouriel that Defendants were in the process of engaging substitute counsel, to date no such substitutions have been made.

15.     We are admitted in this Action on a Pro Hac Vice basis with Darryl Sheetz, Esq. as designated California counsel. Mr. Sheetz has been engaged in this matter since its transfer from New York to California in May of 2018. Mr. Sheetz has confirmed to us his intention to maintain his representation of Defendants upon our withdrawal at least until such time as Defendants engage replacement counsel. Therefore, Defendants will continue to have legal representation.

16.     On January 9, 2019, DeMint advised Letcavage in writing, both personally and as the Chief Executive Officer of Premier, who was our designated point of contact, that the conditions for continued representation had not been met, and that DeMint believed it necessary to withdraw from representing Defendants.

17.     Defendants did not respond to the letter, but Mr. Ouriel conveyed to me that Defendants will not oppose our withdrawal.

18.     Subsequently, pursuant to L.R. 182(d), on January 16, 2019, I telephoned Howard Fischer, counsel for Plaintiff, in order to inform him that this motion would be made. I also mailed and emailed a copy of the instant motion papers to Defendants at 1382 Valencia Ave., Suite F, Tustin, California  92780, the address of Defendants; and to rletcavage@prhlcorp.com.

*DECLARATION OF ANTHONY N. DEMINT, ESQ. IN SUPPORT OF MOTION TO WITHDRAW*

Withdrawal Will Not Have An Injurious Effect in this Litigation

19.     I believe that DeMint's withdrawal will not have an injurious effect on Defendants or on Plaintiff, and will not delay the progress of this case, for three reasons.

20.     First, now and for several months, DeMint is not in a position to represent Defendants' interests.

21.     Second, Mr. Sheetz is currently admitted as counsel for Defendants in this Action and will assist Defendants in transitioning to replacement counsel, and Mr. Ouriel has been advising Defendants for at least the last several months. Therefore, Defendants are not without legal representation or advice.

22.     Third, Messrs. Sheetz and Ouriel have contacted me and requested that I send them all discovery files and other materials relevant to this Action.

23.     Based on all of the above, I believe that Defendants will not object to DeMint's withdrawal from this case.

24.     Accordingly, on behalf of DeMint, I respectfully request leave of this Court to withdraw as counsel for Defendants in this action.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on:   January 17, 2019
               Las Vegas, Nevada


                                        /s/ Anthony N. DeMint
                                        Anthony N. DeMint
                                        *Attorney for Defendants*

4