HOWARD A, FISCHER (*Admitted Pro Hac Vice*)
Email:  FischerH@sec.gov
BENNETT ELLENBOGEN (*Admitted Pro Hac Vice*)
Email:  EllenbogenB@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, New York 10281
Telephone: (212) 336-0589

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>PREMIER HOLDING CORPORATION, et al,,<br><br>        Defendants. | Case No. 8:18-cv-00813-CJC-KES<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO MOTION BY ANTHONY DEMINT TO WITHDRAW AS COUNSEL TO DEFENDANTS PREMIER HOLDING CORP. AND RANDALL LETCAVAGE**<br><br>Date:        February 25, 2019<br>Time:        1:30 p.m<br>Place:       Courtroom 7C<br>Judge:      Hon. Cormac J. Carney |

Plaintiff Securities and Exchange Commission ("SEC") does not oppose the

motion of Anthony DeMint, Esq., to withdraw as counsel for Defendants Premier

Holding Corporation ("Premier") and Randall Letcavage ("Letcavage") provided: (a)

new counsel first enters an appearance on behalf of Premier and Letcavage, and (b)

regardless of who serves as counsel, there are assurances that existing discovery

obligations will be honored, including the holding of depositions scheduled for the

week of February 25, 2019.

As Mr. DeMint concedes in his Declaration of January 18, 2019 [Docket Entry 81-1], his clients have repeatedly failed to demonstrate "responsiveness and compliance" (DeMint Decl. ¶ 8.) This failure has extended to discovery; forcing the SEC to move before Magistrate Scott to compel responses to multiple outstanding disclosure requests, ultimately resulting in a Court Order requiring Premier and Letcavage to provide fuller responses, among other relief. *See* Docket Entry 78 (January 8, 2019 Court Order Granting SEC's Discovery Motion). Unfortunately, although that Order required Premier and Letcavage to provide additional responses by January 28, 2019, they have failed to fully comply. While the SEC granted Premier and Letcavage additional time to complete their obligations before making any additional motion to compel or for sanctions, that agreement was reached with Mr. Darryl Sheetz[1] (Mr. DeMint did not respond to either emails or phone calls). Mr. Sheetz has advised the SEC that he will not be operating as substitute counsel upon Mr. DeMint's withdrawal. Consequently, the SEC is concerned that the substitution of counsel is yet another effort to delay complying with the SEC's outstanding discovery demands—to date, Premier and Letcavage have now had three different counsels representing them since the commencement of the investigation and, among other things, have used the change of counsel to delay responding to requests. Thus,

---

[1] Mr. Sheetz has entered an appearance of behalf of the defendants in this Court and had represented these defendants during much of the investigation underlying the current litigation.

the SEC does not object to Mr. DeMint's withdrawal provided that there are

assurances that substitute counsel will be in place and will comply with outstanding

discovery requests, and that Mr. DeMint's withdrawal will not be used as an excuse

for additional delays.

Moreover, in their partial January 28, 2019 responses Premier and Letcavage

changed – yet again – the identity of their Fed. R.Civ.Proc. 30(b)(6) witness, months

after that deposition was first scheduled (and cancelled by defendants, repeatedly).

Mr. Sheetz has advised the SEC that Letcavage will serve as the 30(b)(6) witness for

both defendants during the week of February 25, 2019. Before any withdrawal is

granted, defendants should confirm that this deposition (and any others that might be

scheduled that same week) will take place, either with substitute counsel, Mr. DeMint

or Mr. Sheetz, or otherwise, and that any substitution not be deemed an acceptable

excuse for additional delay.

Respectfully submitted,

Dated:  February 4, 2019

/s/ Howard A. Fischer
Howard A. Fischer
Bennett Ellenbogen
Attorneys for Plaintiff
Securities and Exchange Commission

## <u>PROOF OF SERVICE</u>

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
200 Vesey Street, New York, NY 10281
Telephone No. (212) 336-0062.

On February 4, 2019, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO MOTION BY ANTHONY DEMINT TO WITHDRAW AS COUNSEL TO DEFENDANTS PREMIER HOLDING CORP. AND RANDALL LETCAVAGE** on all the parties to this action addressed as stated on the attached service list:

☐     **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐     **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐     **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐     **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒     **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒     **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒     **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐     **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.


Date:  February 4, 2019                    */s/ Howard Fischer*
                                           _____

                                           Howard Fischer

4

**SEC v. Premier Holding et al.**
**United States District Court—Central District of California**
**Case No**. 8:18-cv-00813-CJC-KES

## SERVICE LIST

Anthony N. DeMint
DeMint Law, PLLC
3753 Howard Hughes Parkway
Second Floor, Suite 314
Las Vegas, NV 89169
Email:  anthony@demintlaw.com
***Attorney for Defendants Premier Holding Corporation and Randall Letcavage***

Darryl Scheetz
Law Offices of Darryl C. Sheetz

335 Centennial Way

Suite 100

Tustin, CA  92780

Email:  dcsheetz@aol.com
***Attorney for Defendants Premier Holding Corporation and Randall Letcavage***

Joseph Greenblatt **(served by email)**
 1701 Brookshire Ave.
 Tustin, CA 92780-6642
 Email:  jboatjoe@gmail.com
 ***Pro Se***