Barry E. Cohen (SBN 128198)
Email: barry@bcohenlaw.com
**Barry E. Cohen, a Professional Corp.**
10866 Wilshire Blvd., Suite 890
Los Angeles, CA 90024
Telephone: (310) 247-8711

Darryl C. Sheetz (SBN 98604)
Email: dcsheetz@aol.com
**Law Offices of Darryl C. Sheetz**
335 Centennial Way, Suite 100
Tustin, California  92780
Telephone: (949) 553-0300

Attorneys for Defendants
Premier Holding Corporation and Randall Letcavage

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>vs.<br><br>PREMIER HOLDING CORPORATION, et al.,<br><br>             Defendants. | *Case No.* 8:18-CV-00813-CJC-KES<br><br>Hon. Cormac J. Carney<br>Courtroom 9B<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR LIMITED SCOPE REPRESENTATION FOR DEFENDANTS PREMIER HOLDING CORPORATION AND RANDALL LETCAVAGE** |

1

Please take notice that Barry E. Cohen, California State Bar Number 128198, has been retained as limited scope counsel for Defendants Premier Holding Corp and Randall Letcavage, to handle pre-trial matters and discovery through and including May 1, 2019.

The contact information for limited scope counsel is as follows:

Barry E. Cohen
Barry E. Cohen, a Professional Corp.
10866 Wilshire Blvd., Suite 890
Los Angeles, Ca. 90024
Telephone: 310-247-8711
Email: barry@bcohenlaw.com

Dated: March 11, 2019                     Respectfully Submitted

                                        By:     /s/Darryl C. Sheetz
                                                      Darryl C. Sheetz
                                                      Attorney for Defendants
                                                      Premier Holding Corporation and
                                                      Randall Letcavage

                                        By:     /s/Barry E. Cohen
                                                      Barry E. Cohen
                                                      Attorney for Defendants
                                                      Premier Holding Corporation and
                                                      Randall Letcavage

2

*Case No*. 8:18-CV-00813-CJC-KES
*DEFENDANTS PREMIER HOLDING CORPORATION AND RANDALL LETCAVAGE'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT*

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is: 335 Centennial Way, Suite 100, Tustin, CA 92780.

On March 11, 2019, I caused to be served the document entitled **NOTICE OF ASSOCIATION OF COUNSEL FOR LIMITED SCOPE REPRESENTATION FOR DEFENDANTS PREMIER HOLDING CORPORATION AND RANDALL LETCAVAGE** on all the parties to this action addressed as stated on the attached service list:

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated below.

*Attorneys for Plaintiff Securities and Exchange Commission*
Howard A. Fischer, Esq.
Bennett Ellenbogen, Esq.
Securities and Exchange Commission
200 Vesey Street
New York, New York 10281

*Pro Se*
Joseph Greenblatt **(served by email)**
1701 Brookshire Ave. Tustin, CA 92780-6642
Email: jboatjoe@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 11, 2019          /s/Sherry M. Thomas
                              Sherry M. Thomas

---

3

*Case No.* 8:18-CV-00813-CJC-KES
*DEFENDANTS PREMIER HOLDING CORPORATION AND RANDALL LETCAVAGE'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT*