# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISISON<br><br>Plaintiff(s),<br><br>v.<br><br>PREMIER HOLDING CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:18−cv−00813−CJC−KES<br><br>---<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __11/2/2020__

Document Number(s):   __196__

Title of Document(s):   __REPLY in support NOTICE OF MOTION AND MOTION__

**ERROR(S) WITH DOCUMENT:**

Local Rule 11−6 Memorandum/brief exceeds 25 pages.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ November 3, 2020 _          By: _ /s/ Lori Muraoka  lori_muraoka@cacd.uscourts.gov _
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**