# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 18-00813-CJC (KESx) | Date | November 16, 2020 |
|---|---|---|---|
| Title | Securities and Exchange Commisison v. Premier Holding Corporation et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Alexander Vasilescu (Zoom) | **For Letcavage and Premier Holding Corporation:** |
| Bennett Ellenbogen (Zoom) | Lahdan Rahmati (Zoom audio) |

**PROCEEDINGS:** PLAINTIFF'S MOTION FOR A PRECLUSION ORDER AND SUMMARY JUDGMENT AGAINST DEFENDANTS LETCAVAGE AND PREMIER HOLDING CORPORATION [192]

Case called; Defendant *pro se* Joseph Greenblatt is not present.

Motion hearing held. The Court hears oral argument from the parties. The Court takes the Motion under submission. Order will issue.

|   | 1 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | cw | | |