OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

-R-T-S- 927905206-1N 11/19/20

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

FILED
CLERK, U.S. DISTRICT COURT
11/23/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

Moved
Please Forward to:
701 E. Marshall
Long Beach, CA 90807

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 23 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

CLERK, U.S. DISTRICT COURT
NOV 24 2020
SOUTHERN DIVISION

Case: 8:18cv813   Doc: 205

Joseph Greenblatt
1701 Brookshire Avenue
Tustin, CA 92780-6642

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<30894638@cacd.uscourts.gov>Subject:Activity in Case 8:18-cv-00813-CJC-KES Securities and Exchange Commisison v. Premier Holding Corporation et al Text Only Scheduling Notice Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/12/2020 at 1:21 PM PST and filed on 11/12/2020

| | |
|---|---|
| **Case Name:** | Securities and Exchange Commisison v. Premier Holding Corporation et al |
| **Case Number:** | 8:18-cv-00813-CJC-KES |
| **Filer:** | |
| **Document Number:** | 205(No document attached) |

**Docket Text:**
(IN CHAMBERS) ORDER CHANGING TIME FOR HEARING AND PROVIDING ZOOM INSTRUCTIONS by Judge Cormac J. Carney: On the Court's own motion, the TIME for the hearing on Plaintiff's Motion for Summary Judgment [192] set for Monday 11/16/2020 is CHANGED to 1:00 p.m. Furthermore, the Court will conduct the hearing by Zoom. Please log into zoom.us and use the following to connect:
https://cacd-uscourts.zoomgov.com/j/1619671193?pwd=ZjFkaUlKWHIrbUduLytLWmUzSU5Pdz09
Webinar ID: 161 967 1193; Passcode: 267932. Tutorials and answers to questions may be found at: https://support.zoom.us. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cw) TEXT ONLY ENTRY

**8:18-cv-00813-CJC-KES Notice has been electronically mailed to:**
Adam C Trigg     atrigg@be-law.com
Alexander M Vasilescu     vasilescua@sec.gov
Amy J. Longo     longoa@sec.gov, irwinma@sec.gov, kassabguir@sec.gov, LAROFiling@sec.gov
Barry Edward Cohen     barry@bcohenlaw.com, lettye14@hotmail.com
Bennett Ellenbogen     ellenbogenb@sec.gov, BestR@sec.gov, KrishnamurthyP@sec.gov
Jacob B Bach     jbach@prosperous-law.com
Lahdan S. Rahmati     Lahdan.Rahmati@gmail.com
Neal Jacobson     jacobsonn@sec.gov

**8:18-cv-00813-CJC-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Howard A Fischer
US Securities and Exchange Commission
New York Regional Office
200 Vesey Street Suite 400
New York, NY 10281
Joseph Greenblatt
1701 Brookshire Avenue
Tustin, CA 92780-6642