**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 18-00813-CJC(KESx)                    Date: February 3, 2021

Title: <u>SECURITIES AND EXCHANGE COMMISSION V. PREMIER HOLDING CORPORATION, *ET AL.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Cheryl Wynn</u>                         <u>   N/A   </u>
Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY THIS COURT SHOULD NOT ISSUE AN ORDER ON THE SEC'S MOTION FOR REMEDIES AS TO DEFENDANT GREENBLATT**

On December 10, 2019, the Court granted the SEC's motion for summary judgment against Defendant Joseph Greenblatt, finding him liable for (1) aiding and abetting Premier Holding's violations of §§ 17(a)(2) and (a)(3) of the Securities Act, (2) aiding and abetting Premier Holding's violations of §§ 13(a) and 13(b) of the Exchange Act, (3) violating § 13(b)(5) of the Exchange Act, and (4) violating Rule 13b2-1. (Dkt. 146.)

On January 20, 2021, the Court granted the SEC's motion for relief and entry of final judgment as to Defendants Premier Holding Corporation and Randall Letcavage, but deferred ruling on that motion as to Greenblatt because the SEC had reached an agreement with Greenblatt's attorney for an extension regarding Greenblatt's response. (Dkt. 219 at 3 n.2.) Greenblatt's attorney, Tom Noto, informed the SEC that he intended to file a notice of appearance and then a joint stipulation concerning the proposed extension. (*Id.*) Greenblatt's attorney made his appearance on January 22, 2021 but has yet to file a stipulation regarding an extension to respond to the SEC's motion for remedies.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 18-00813-CJC(KESx)　　　　　　　　　　Date: February 3, 2021
　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

　　　Accordingly, the Court **ORDERS** Greenblatt to show cause as to why the Court should not issue an order on the SEC's motion for remedies as to Greenblatt.  Greenblatt shall respond by **February 10, 2021**.  In response, Greenblatt may file his opposition to the SEC's motion or the stipulation for an extension.  Failure to timely respond to this Order may result in the Court ruling on the SEC's motion unopposed.


jy

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk CW