# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 18-00813-CJC(KESx)            Date: February 8, 2021

Title: <u>SECURITIES AND EXCHANGE COMMISSION V. PREMIER HOLDING CORPORATION, *ET AL.*</u>

PRESENT:

### **<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Cheryl Wynn</u> | <u>    N/A    </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

### **PROCEEDINGS: (IN CHAMBERS) ORDER DISCHARGING THE COURT'S ORDER TO SHOW CAUSE [Dkt. 226]**

On February 3, 2021, the Court ordered Defendant Greenblatt to show cause as to why the Court should not issue an order on the SEC's motion for remedies. (Dkt. 226.) On February 5, 2021, the parties filed a joint status report which indicated that Greenblatt had passed away on January 24, 2021. (Dkt. 227.) The SEC must now determine whether to substitute Greenblatt with his estate pursuant to Federal Rule of Civil Procedure 25(a)(1), and requests until April 6, 2021 to consult with its client and inform the Court of its determination. Accordingly, the Court's February 3 Order to Show Cause is **DISCHARGED.** The SEC shall inform the Court of its determination, pursuant to Rule 25(a)(1), by **April 6, 2021.**

jy

MINUTES FORM 11
CIVIL-GEN                                                                          Initials of Deputy Clerk CW