Edward A. Weinhaus, Esq. (SBN 330344)
APPELLORS LEGAL SOLVED LLC
10859 Picadily Sq. Dr.
Creve Coeur, MO. 63146
Telephone: (314) 580 - 9580
Email: coach@appellors.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | **Case No.: SACV 18-00813-CJC(KESx)** |
| **Plaintiff,** | |
| **vs.** | **NOTICE OF APPEAL** |
| **PREMIER HOLDING CORPORATION, RANDALL LETCAVAGE, AND JOSEPH GREENBLATT** | |
| **Defendants.** | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Defendant PREMIER HOLDING CORPORATION and Defendant RANDALL LETCAVAGE (hereinafter collectively the "Defendants") hereby appeal from the court ruling made on January 20, 2021 in the above referenced case, whereby the Court granted Plaintiff's Motion for Relief Against Defendants Premier Holding Corporation and Randall Letcavage, and further Judgments as to Defendants pursuant to Federal Rule of Civil Procedure 4(a)(1)(B).

March 18, 2021                          APPELLORS LEGAL SOLVED LLC

                                        /s/ Edward A. Weinhaus
                                        Edward A. Weinhaus, Esq.

NOTICE OF APPEAL