JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PREMIER HOLDING CORPORATION, RANDALL LETCAVAGE, and JOSEPH GREENBLATT,<br><br>　　　　Defendants. | Case No. 8:18-cv-00813-CJC-KES<br><br>**ORDER DISMISSING CLAIMS AS TO DEFENDANT JOSEPH GREENBLATT** |

The Court has received and reviewed the Notice of the Death of Joseph Greenblatt and the Securities and Exchange Commission's ("SEC") Request to Dismiss the Claims against him on this basis.

NOW THEREFORE, for good cause shown, the Court hereby ORDERS that:

The SEC's claims for relief, for alleged violations by Greenblatt of:

1) Aiding and Abetting violations by Premier Holding Corporation of Section 17(a)(2) and 17(a)(3) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)(2) and (3)], Section 13(a) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78m(a)] and Rules 13a-1, 13a-11, and 13a-13 thereunder [17 C.F.R. §§ 240.13 a-1, 240.13a-11, and 240.13a-13], and Sections 13(b)(2)(A) and 13(b)(2)(B) of the Exchange Act [15 U.S.C. §§ 78m(b)(2)(A) and 78m(b)(2)(B)]; and

2) Violating Section 13(b)(5) of the Exchange Act [15 U.S.C. § 78m(a)] and Rule 13b2-1 thereunder [17 C.F.R. § 240.13b2-1]

are dismissed as to defendant Joseph Greenblatt.

This Order pertains solely to the claims against defendant Joseph Greenblatt,

and has no effect on the SEC's claims against defendants Premier Holding Corporation and Randall Letcavage, which remain at issue.

IT IS SO ORDERED

DATED: April 2, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE