# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>PREMIER HOLDING CORPORATION, et al.,<br><br>            Defendants. | Case No. CV 18-00813-CJC(KESx)<br><br>**PROOF OF SERVICE OF ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (Dkt. 247)**<br><br>Judge: Hon. KAREN E. SCOTT |

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No.  (323) 965-3998; Facsimile No.  (213) 443-1904.

On September 7, 2021, **I caused to be served the document entitled Order GRANTING Plaintiff's Motion to Compel (Dkt. 247),** which was docketed today (Dkt. 256), on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 7, 2021

Bennett Ellenbogen

## SEC v. Premier Holding Corp., et. Al,

**United States District Court – Central District of California**
**Case No. 18-cv-00813 CJC-KES**
**SERVICE LIST**

Randall Letcavage
c/o Phillip G. Trad
Law Offices of Phillip G. Trad
Post Office Box 19093
Irvine, CA  92623-9093
PH: 949-632-4676
Email: ptrad@roadrunner.com


Premier Holding Corp.
c/o Scott Dinsmoor CEO
1382 Valencia Avenue
Suite F
Tustin CA 92780
PH: (949) 260-8070
scott_dinsmoor@yahoo.com