# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  8:18-cv-00813 CJC (KES)                          Date:  November 29, 2021

Title: SECURITIES AND EXCHANGE COMMISSION v. PREMIER HOLDING CORP. and RANDALL LETCAVAGE

PRESENT:

        THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     Order STRIKING Plaintiff's Notice of Lodging and Notice of Additional Filing (Dkt. 258, 259)

On November 17, 2021, Plaintiff filed a "Notice of Lodging [Proposed] Order Holding Defendants Premier Holding Corporation and Randall in Contempt," along with a "Notice of Additional Filing." (Dkt. 258, 259.) This appears to be an attempt to file an "Ex Parte Motion for Order to Show Cause Why Defendants Premier Holding Corporation and Randall Letcavage Should Not Be Held in Civil Contempt." (See Dkt. 258-2 ["Motion"].) These documents are deficient as noted below.

First, it is not clear why Plaintiff is making an ex parte application. Plaintiff does not articulate any emergency requiring a shortened notice period and indeed provided notice to Defendants of a hearing on December 14. (Dkt. 258 at 2–3; Dkt. 258-2 at 1, 23.) Second, the hearing was not set for 28 days after the Motion was filed, as required by the Local Rules. See L.R. 6-1. Finally, the Motion was not accompanied by a formal Notice of Motion, as required by the Local Rules. See L.R. 6-1, 7-4.

These documents (Dkt. 258, 259) are **STRICKEN**. Counsel shall file amended or corrected documents by **December 3, 2021**.

                                                                            Initials of Deputy Clerk JD