# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18-cv-00813-CJC-KESx                                   Date: March 1, 2022

Title: Securities and Exchange Commission v. Premier Holding Corporation, et al.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | CS 3/1/22 |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| Bennett Ellenbogen | None Present |
| Alexander Vasilescu | |
| Maureen King | |

**PROCEEDINGS:**            **Judgment Debtor Examination**

Case is called. Counsel state their appearances. Scott Dinsmoor, as the witness designated to testify by Judgment Debtor Premier Holdings Corporation ("Premier"), is present and is sworn by the clerk. The Court allows the parties to conduct the examination on the record.

Later, the examination is paused, and the parties request the Court's assistance. The Court grants Mr. Dinsmoor's request for additional time to retain counsel. The Judgment Debtor examination is continued to March 14, 2022, at 10:00 AM in Courtroom 6D. Mr. Dinsmoor is ordered to appear at that time and place.

The Court further orders Mr. Dinsmoor to email Mr. Ellenbogen by close of business on March 10th to advise whether or not he has retained an attorney, and if so, whether the attorney represents him personally, Premier, or both. Regardless of whether Mr. Dinsmoor has chosen to retain counsel, the judgment debtor examination will continue on March 14.

00 : 33

Initials of Deputy Clerk  JD