# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18-cv-00813-CJC-KESx							Date: March 11, 2022

Title: Securities and Exchange Commission v. Premier Holding Corporation, et al.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | n/a |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   Order Continuing Judgment Debtor Examination**

Pursuant to the parties' agreement (see attached copy of email), the Court hereby continues the Judgment Debtor Examination from March 14, 2022, to March 31, 2022, at 10:00AM in Courtroom 6D in Santa Ana.

Initials of Deputy Clerk  JD

cc: scott_dinsmoor@yahoo.com

| | |
|---|---|
| **From:** | Ellenbogen, Bennett |
| **To:** | scott_dinsmoor@yahoo.com; KESChambers |
| **Cc:** | Vasilescu, Alexander M. |
| **Subject:** | RE: Activity in Case 8:18-cv-00813-CJC-KES Securities and Exchange Commisison v. Premier Holding Corporation et al Judgment Debtor Exam |
| **Date:** | Friday, March 11, 2022 2:43:37 PM |

**CAUTION - EXTERNAL:**

Dear Ms. Dorado:

The SEC will agree to a continuance date of the 31st.

Thank you,

Bennett Ellenbogen
S.E.C.

---

**From:** scott_dinsmoor@yahoo.com <scott_dinsmoor@yahoo.com>
**Sent:** Friday, March 11, 2022 5:41 PM
**To:** KESChambers <KES_Chambers@cacd.uscourts.gov>
**Cc:** Ellenbogen, Bennett <EllenbogenB@SEC.GOV>
**Subject:** RE: Activity in Case 8:18-cv-00813-CJC-KES Securities and Exchange Commisison v. Premier Holding Corporation et al Judgment Debtor Exam

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you judge Scott,

The 31st should give me ample time to finish getting legal counsel and I'm sure he or she will determine what needs to be done further more.

Have a wonderful weekend.

Regards,

Scott Dinsmoor

On Mar 11, 2022 2:14 PM, KESChambers <KES_Chambers@cacd.uscourts.gov> wrote:

> Good afternoon Mr. Dinsmoor and Mr. Ellenbogen.
>
> The Court is willing to continue the examination scheduled for March 14 if the parties provide a continuance date.  Please continue to confer via email today to see which date(s) will work for both sides.
>
> We are available the week of March 28 (except Wednesday).

Thank you.

Jazmin Dorado, Deputy Clerk

---

**From:** scott dinsmoor <scott_dinsmoor@yahoo.com>
**Sent:** Friday, March 11, 2022 1:56 PM
**To:** KESChambers <KES_Chambers@cacd.uscourts.gov>
**Cc:** Bennett Ellenbogen <ellenbogenb@sec.gov>
**Subject:** Fw: Activity in Case 8:18-cv-00813-CJC-KES Securities and Exchange Commisison v. Premier Holding Corporation et al Judgment Debtor Exam

**CAUTION - EXTERNAL:**

Good afternoon Judge Karen E. Scott,

This is Scott Dinsmoor CEO of PRHL.

I cannot and will not be able to attend the 14th as I was not given ample time to reply to Mr. Ellenbogen. He had stated via email that there was a conflict on his end and needed an additional 2 weeks while mean time mind you I have been very ill and am still not well which I had emailed to him. I request that you keep this in consideration as myself being so sick I was un able to basically do anything but lay in bed, as soon as I can finally now look for representation due to my illness ( I had Lymes disease) for 1 year and it feels like it kicked back in so I also don't feel comfortable even being in public or out of bed.

I Scott Dinsmoor duly request and extension as I stated to Bennett since he made a request of 2 weeks it now conflicts with my schedule and furthermore I do not appreciate the (Strong arm) per say of the S.E.C trying to be bullied and or pressured which in fact I made myself very clear I was ill.

Ben,

As you know I've been very I'll! You stated that you need 2 weeks which was fine the 14th conflicts with my schedule due to you stating the extra 2 weeks. I will forward this to judge Scott and reply later today when I get a chance to get with council to inform you what day works best.

Regards,

Scott Dinsmoor

Regards,

**Scott Dinsmoor**

**CEO/PRHL**

**949-307-0440**

**scott_dinsmoor@yahoo.com**

----- Forwarded Message -----

**From:** scott dinsmoor <scott_dinsmoor@yahoo.com>

**To:** Ellenbogen, Bennett <ellenbogenb@sec.gov>

**Cc:** Vasilescu, Alexander M. <vasilescua@sec.gov>

**Sent:** Friday, March 11, 2022, 11:35:55 AM PST

**Subject:** Re: Activity in Case 8:18-cv-00813-CJC-KES Securities and Exchange Commisison v. Premier Holding Corporation et al Judgment Debtor Exam

Ben,

As you know I've been very I'll! You stated that you need 2 weeks which was fine the 14th conflicts with my schedule due to you stating the extra 2 weeks. I will forward this to judge Scott and reply later today when I get a chance to get with council to inform you what day works best.

Regards,

Scott Dinsmoor

On Thursday, March 10, 2022, 04:10:51 PM PST, Ellenbogen, Bennett <ellenbogenb@sec.gov> wrote:

Good evening Mr. Dinsmoor:

I am forwarding to you the Court's minutes from the hearing on March 1 whereby the Court, among other things, ordered you to email me by the close of business today to advise whether or not you have retained an attorney, and if so, who specifically that attorney represents.

Also, the Court called me and I confirmed that we we will be appearing for the rescheduled hearing on the 14th.

Thank you,

**Ben Ellenbogen**

**S.E.C.**

Sent from my iPhone

Begin forwarded message:

> **From:** cacd_ecfmail@cacd.uscourts.gov
> **Date:** March 1, 2022 at 5:56:41 PM EST

**To:** noreply@ao.uscourts.gov
**Subject:** Activity in Case 8:18-cv-00813-CJC-KES Securities and Exchange Commisison v. Premier Holding Corporation et al Judgment Debtor Exam

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 3/1/2022 at 2:55 PM PST and filed on 3/1/2022

| | |
|---|---|
| **Case Name:** | Securities and Exchange Commisison v. Premier Holding Corporation et al |
| **Case Number:** | 8:18-cv-00813-CJC-KES |
| **Filer:** | |
| **WARNING: CASE CLOSED on 04/02/2021** | |
| **Document Number:** | 277 |

**Docket Text:**
**MINUTES OF Judgment Debtor Exam held before Magistrate Judge Karen E. Scott: Scott Dinsmoor, as the witness designated to testify by Judgment Debtor Premier Holdings Corporation ("Premier"), is present and is sworn by the clerk. The Court allows the parties to conduct the examination on the record. The Court grants Mr. Dinsmoor's request for additional time to retain counsel. The Judgment Debtor examination is continued to March 14, 2022, at 10:00 AM. The Court further orders Mr. Dinsmoor to email Mr. Ellenbogen by close of business on March 10th to advise whether**

or not he has retained an attorney, and if so, whether the attorney represents him personally, Premier, or both. [See Order for further details.] Court Reporter: CS 3/1/22. (es)

**8:18-cv-00813-CJC-KES Notice has been electronically mailed to:**

Maureen P. King    kingmp@sec.gov

Alexander M Vasilescu    vasilescua@sec.gov

Amy J. Longo    irwinma@sec.gov, simundacc@sec.gov, gilliamk@sec.gov, banerjeea@sec.gov, longoa@sec.gov, larofiling@sec.gov, smithjama@sec.gov

Edward A Weinhaus    eaweinhaus@gmail.com

Bennett Ellenbogen    krishnamurthyp@sec.gov, bestr@sec.gov, ellenbogenb@sec.gov

Phillip G Trad    ptrad@roadrunner.com

Letty Christiansen    lettye14@hotmail.com, barry@bcohenlaw.com

Neal Jacobson    jacobsonn@sec.gov

**8:18-cv-00813-CJC-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Howard A Fischer
New York Regional Office
US Securities and Exchange Commission
200 Vesey Street Suite 400
New York NY 10281
USA

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.