UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:18-cv-00813-CJC-KESx                               Date: March 31, 2022

Title: Securities and Exchange Commission v. Premier Holding Corporation, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | CS 3/31/22 |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|:---:|:---:|
| Bennett Ellenbogen | Uri Litvak |
| Alexander Vasilescu | |
| Maureen King | |

**PROCEEDINGS:**            **Judgment Debtor Examination**

    Case is called. Counsel state their appearances. Scott Dinsmoor, as the witness designated to testify by Judgment Debtor Premier Holdings Corporation ("Premier"), is present and is sworn by the clerk. The parties are excused to conduct the examination.

    Later, the parties request the Court's assistance. The case is recalled. Court and counsel confer. The parties were again excused to continue with the examination.

00 : 22

Initials of Deputy Clerk JD