UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:18-cv-00813-CJC-KES			Date: August 25, 2022

Title: Securities and Exchange Commission v. Premier Holding Company, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**	**ORDER TO SHOW CAUSE WHY DEFENDANT PREMIER HOLDING CORPORATION SHOULD NOT BE HELD IN CONTEMPT OF COURT**

This Court orders Defendant Premier Holding Corporation ("Premier") to show cause why it should not be held in contempt of court.

On November 30, 2021, Plaintiff moved to hold Premier in contempt for failing to provide court-ordered post-judgment discovery and for failing to pay the judgment. (Dkt. 261.) Premier neither opposed that motion nor appeared at the January 18, 2022 hearing on that motion. (Dkt. 267.) Premier did subsequently provide some post-judgment discovery, *i.e.*, its CEO Scott Dinsmoor testified at a judgment debtor's exam on March 31, 2022, and he produced some documents. If Premier contends that this brought it into compliance with the Court's prior discovery orders, then Premier will need to explain how so.

Since approximately March 2021, Premier has not been represented in this case by an attorney. Local Rule 83-2.2.2 states that "[o]nly individuals may represent themselves *pro se*." L.R. 83-2.2.2. If Premier responds to this order to show cause, it must do so through counsel.

For these reasons, Defendant Premier is ORDERED, on or before September 9, 2022, to show cause in writing why it should not be held in contempt of court.

Initials of Deputy Clerk JD
